UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STUART SINGER, *et al.*,
                Plaintiffs,

-v-

DEPUY ORTHOPAEDICS, INC., *et al.*,
                Defendants.

23-CV-9065 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On October 16, 2023, the Court issued an order directing the parties to file a joint status letter within seven days addressing the status of the action and whether the dismissal of *Singer et al. v. DePuy Orthopaedics, Inc. et al.*, No. 11-CV-9374 (S.D.N.Y.) also resolves this matter. (ECF No. 55.)  The parties have not taken any action responsive to the Court's order.  This case appears to be the same as No. 11-CV-9374 (S.D.N.Y.), which was dismissed on June 29, 2023 upon notification by the parties of a settlement.

      Accordingly, this case is hereby DISMISSED.

      The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                _____
                                                J. PAUL OETKEN
                                                United States District Judge